PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MATTEW BORDERS, ) | |
| ) | CASE NO. 4:11cv1514 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| HARLEY J. LAPPIN, *et al.*, ) | |
| ) | **MEMORANDUM OF OPINION AND** |
| Defendants. ) | **ORDER** [Regarding ECF No. 51] |

On November 6, 2013, Magistrate Judge George J. Limbert issued a Report ("R&R") recommending that the motion to dismiss filed by Defendant Gary Bullock (ECF No. 47) be granted, thereby dismissing *pro se* Plaintiff's individual capacity *Bivens* claims without prejudice for failure to exhaust administrative remedies and dismissing the official capacity *Bivens* claims with prejudice based upon sovereign immunity.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a report and recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a report and recommendation within 14 days of service. *Id.*; Fed. R. Civ. Pro. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Absent objection, a district court may adopt a magistrate judge's report without review. *See Thomas*, 474 U.S. at 149.

In the instant case, objections to the R&R were due by November 23, 2013. Plaintiff has

(4:11cv1514)

not filed an objection. The Court finds that the R&R is supported by the record, and agrees with the magistrate judge's recommendation.

Accordingly, the Court adopts the R&R (ECF No. 51). Plaintiff's individual capacity *Bivens* claims are dismissed without prejudice, and his official capacity *Bivens* claims are dismissed with prejudice. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

 November 27, 2013                             */s/ Benita Y. Pearson*
Date                                            Benita Y. Pearson
                                                United States District Judge